**No. 52136.**—D. P. Miranda and Roy E. Powers v. United States, protest 128360–K (Galveston).

Opinion by EKWALL, J. An examination of the record failing to disclose anything that would warrant the court in disturbing the action of the collector, which was presumptively correct, the protest was overruled.

JANUARY 23, 1948

**No. 52137.**—SUIT 4572.—United States v. Fritzsche Bros., Inc.—
—REAP. DEC. 6646 affirmed November 17, 1948. C. A. D. 371.

BEFORE THE FIRST DIVISION, JANUARY 28, 1948

**No. 52138.**—Herman Weber Co. v. United States, protest 981405–G (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hard-rubber dust the same in all material respects as that the subject of *Herman Weber* v. *United States* (3 Cust. Ct. 8, C. D. 190) the claim at 25 percent under paragraph 1537 (b) was sustained.

BEFORE THE SECOND DIVISION, JANUARY 28, 1948

**No. 52139.**—Louis Meyers & Son, Inc. v. United States, protests 670163–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.